UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard P. Landers,

Plaintiff,

vs.

National Railroad Passenger Corporation, d/b/a Amtrak,

Defendant.

Civ. No. 00-CV-2233 (PAM/JGL)

**STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND TIME OR DISCLOSURE OF VOCATIONAL EXPERT REPORT**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendant may have up to and including July 1, 2001 to disclose any vocational expert it chooses to call, including that expert's report, and Plaintiff may have up to and including July 15, 2001 to disclose any rebuttal vocational expert witness it chooses to call, including that expert's report, and further request the Court to enter an order amending the Scheduling Order pursuant to this Stipulation. The parties represent such disclosure will not affect other deadlines in the Scheduling Order or defendant's duty to disclose any other expert in the case.

Dated: May 31, 2001

FRIEDMAN LAW OFFICE

Charles L. Friedman

Charles L. Friedman (#146237)
4000 Aldrich Avenue South, No. 1
Minneapolis, MN 55409
(612) 821-9330

Dated: ~~May~~ June 8, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

Susan Segal

Susan L. Segal (#137157)
150 South Fifth Street Tower, Suite 2800
Minneapolis, MN 55402
(612) 341-8131

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

It is hereby ordered that the Scheduling Order issued December 29, 2000 is amended by allowing Defendant until July 16, 2001 to disclose its vocational expert witness, if any, including reports. Any rebuttal vocational expert for plaintiff must be disclosed, including report, by July 31, 2001.

Dated this 12 day of June, 2001.

BY THE COURT:

Honorable Jonathan Lebedoff
United States Magistrate Judge