UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard P. Landers,

Plaintiff,

v.

The National Railroad Passenger Corporation, d/b/a Amtrak,

Defendant.

Civil File No. 00-2233 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Defendant's Motion for Judgment as a Matter of Law and Plaintiff's Motion for Judgment as a Matter of Law. After carefully considering these Motions, the Court denies them both.

Accordingly, based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Defendant's Motion for Judgment as a Matter of Law is **DENIED**; and
2. Plaintiff's Motion for Judgment as a Matter of Law is **DENIED**.

Dated: May 10, 2002

Paul A. Magnuson
United States District Court Judge

MAY 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK