# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard P. Landers

v.

The National Railroad Passenger Corporation,
d/b/a Amtrak

Case No. Civil 00-2233 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant against Plaintiff. Defendant may recover from Plaintiff its costs.

DATE: May 10, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

72