CC 2233

# UN ED STATES COURT OF AP EALS

## FOR THE EIGHTH CIRCUIT

No. 02-2841

| | | |
|---|---|---|
| Richard P. Landers,<br><br>Appellant,<br><br>vs.<br><br>National Railroad Passenger Corporation, doing business as Amtrak,<br><br>Appellee. | * | Appeal from the United States District Court for the District of Minnesota |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

September 30, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans
10-23-03

85

mkc